UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21647-CIV-MORENO

YOLANDA GARCELL,

       Plaintiff,

v.

NATIONAL ACADEMIC
EDUCATIONAL PARTNERS, INC.,

       Defendant.

_____/

## <u>MEDIATOR'S REPORT</u>

Mediation was held on October 18, 2021, with all parties and their counsel present via video conference.   A settlement was reached.

Respectfully submitted,

**GRAYROBINSON, P.A.**
333 S.E. 2ⁿᵈ Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:   (305) 416-6887


BY:    /s/ Marlene Quintana
      Marlene Quintana, Mediator
      Florida Bar No.: 88358
      marlene.quintana@gray-robinson.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the

foregoing document was served via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

to receive electronically Notices of Electronic Filing on all counsel or parties of record on the

Service List below.

BY:    /s/ Marlene Quintana
              Marlene Quintana, Mediator

#45640206 v1